JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY SPIROS DEMETRULIAS,**<br><br>　　　　　**Petitioner,**<br>　　v.<br><br>**KEVIN CHAPPELL, Warden, California State Prison at San Quentin,**<br><br>　　　　　**Respondent.** | Case No. CV 07-1335 DOC<br><br>**<u>DEATH</u> <u>PENALTY</u> <u>CASE</u>**<br><br>**JUDGMENT** |

　　　Pursuant to the Order Denying Second § 2254(d) Brief,

　　　IT IS HEREBY ORDERED AND ADJUDGED that the Second Amended Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

　　　The Clerk is ordered to enter this judgment.

　　　IT IS SO ORDERED.

Dated: December 20, 2013

　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　United States District Judge